UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**DEREK T. SMITH**                                                                    **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 1:11CV-P152-M**

**SHARRON HOUCHENS** *et al.*                                              **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the action is **DISMISSED** as abandoned.

There being no just reason for delay in its entry, this is a final Order.

This Court **certifies** that an appeal would be frivolous and would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:      Plaintiff, *pro se*
4414.005